**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-7767

WILLIE JOE STURKEY,

             Plaintiff - Appellant,

        v.

DIRECTOR OF SCDC; J. GASTON; LIEUTENANT BOUY, in their
individual capacity, in their official capacity,

             Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Richard Mark Gergel, District
Judge.  (2:13-cv-03451-RMG)

Submitted:  April 23, 2015              Decided:  April 27, 2015

Before SHEDD, DUNCAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Willie Joe Sturkey, Appellant Pro Se.  Hugh Willcox Buyck,
Gordon Wade Cooper, BUYCK, SANDERS & SIMMONS, Charleston, South
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willie Joe Sturkey appeals the district court's order accepting in part the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny his motions to appoint counsel and affirm for the reasons stated by the district court. See Sturkey v. Dir. of SCDC, No. 2:13-cv-03451-RMG (D.S.C. Nov. 17, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED